UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

United States of America

V.  Docket Number: 08 CR 798-9

Alberto Hernandez

-----------------------------------------------X

**ORDER**

IT IS HEREBY ORDERED that a bench warrant be issued for the defendant after he failed to appear for his scheduled court appearance on March 6, 2012.

s/DLI

_____     3/6/12
UNITED STATES DISTRICT JUDGE     DATE

So Ordered.